UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 19-2838-PLA**                                                             Date: **December 30, 2019**

Title: **Angela M. W. v. Andrew M. Saul, Commissioner of Social Security Administration**

---

PRESENT: THE HONORABLE     **PAUL L. ABRAMS**
                                        UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
           NONE                                                                  NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

On September 25, 2019, defendant filed an Answer to the Complaint. (ECF No. 13). Pursuant to the Court's April 15, 2019, Order re: Procedures in Social Security Appeal (ECF No. 7), the Joint Stipulation was due no later than December 25, 2019. To date, the Joint Stipulation has not been filed with the Court.

Accordingly, **no later than January 6, 2020**, **plaintiff is ordered to show cause** why this action should not be dismissed for failure to prosecute or to follow court orders. Filing of the Joint Stipulation fully consistent with the Court's April 15, 2019, Order on or before January 6, 2020, shall be deemed compliance with this Order to Show Cause.

cc:     Laura E. Krank, Esq.
        Marla K. Letellier, SAUSA

                                                                               Initials of Deputy Clerk     ch